# United States Bankruptcy Court
## Northern District of Illinois

In re: Teresa G. Monroe      Case No. 11 B 15543
Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 74.75    on or before 6/22/2011

$ 74.75    on or before 7/8/2011

$ 74.75    on or before 7/29/2011

$ 74.75    on or before 8/12/2011

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: June 10, 2011                    *Pamela S Hollis*
                                       United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)
Teresa G. Monroe ) Bankruptcy No. 11 B 15543
       Debtor. )

## CERTIFICATE OF MAILING

    I, __Lester Smith__, hereby certify that on __June 10, 2011__, I caused to be served via First Class Mail copies of the attached <u>Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee</u> to the parties named below.

**Teresa G Monroe**
11754 South Elizabeth Avenue
Chicago, IL 60643

**Deborah Michelle Gutfeld** (ECF)
Neal Gerber & Eisenberg LLP
2 N LaSalle St, Ste 1700
Chicago, IL 60602

**Patrick S Layng** (ECF)
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

By: _____
Relief Courtroom Deputy